Certificate Number: 14912-CAC-DE-037491936

Bankruptcy Case Number: 23-12048



14912-CAC-DE-037491936

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 7, 2023, at 1:01 o'clock PM EDT, Robert Anderson completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  June 7, 2023

By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor