United States Bankruptcy Court

Central District of California

In re:  Case No. 23-12048-SY
Robert Scott Anderson  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6     User: admin     Page 1 of 2
Date Rcvd: Jul 05, 2023     Form ID: van109b     Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Robert Scott Anderson, 2800 E Riverside Dr Apt 339, Ontario, CA 91761-7483 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QKTANDERSON.COM | Jul 06 2023 17:25:00 | Karl T Anderson (TR), 340 South Farrell Drive, Suite A210, Palm Springs, CA 92262-7932 |
| smg | | EDI: EDD.COM | Jul 06 2023 17:25:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jul 06 2023 17:25:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41537306 | | Email/Text: SC_Enforcement_Bankr@globalcu.org | Jul 06 2023 13:24:00 | ALASKA FEDERAL CREDIT UNION, 4000 Credit Union Dr, Anchorage, AK 99503-6636 |
| 41537307 | | Email/PDF: bncnotices@becket-lee.com | Jul 06 2023 13:34:27 | AMERICAN EXPRESS, Po Box 297871, Ft Lauderdale, FL 33329-7871 |
| 41537308 | | EDI: CAPITALONE.COM | Jul 06 2023 17:25:00 | CAPITAL ONE, Po Box 31293, Salt Lake Cty, UT 84131-0293 |
| 41537309 | | EDI: IRS.COM | Jul 06 2023 17:25:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41537310 | ^ | MEBN | Jul 06 2023 13:22:05 | Nelson & Kennard, Building 250, Bay G, 5011 Dudley Blvd, Mcclellan, CA 95652-1020 |
| 41537311 | | Email/Text: bankruptcydocs@osla.org | Jul 06 2023 13:24:00 | OKLAHOMA STUDENT LOAN AUTHORITY, 525 Central Park Dr, Oklahoma City, OK 73105-1723 |
| 41537313 | | EDI: RMSC.COM | Jul 06 2023 17:25:00 | SYNCHRONY NETWORKS, Po Box 965036, Orlando, FL 32896-5036 |
| 41537312 | | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | Jul 06 2023 13:25:00 | SchoolsFirst FCU, Po Box 11547, Santa Ana, CA 92711-1547 |
| 41572580 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jul 06 2023 13:25:00 | Westlake Financial Services, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Jul 05, 2023 | Form ID: van109b | Total Noticed: 13

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2023              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Robert Scott Anderson bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Karl T Anderson (TR) | vinland@live.com  kanderson@ecf.axosfs.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

FormCACB van109b–ods521ab
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501-3819

# ORDER AND NOTICE OF DISMISSAL PURSUANT TO 11 U.S.C. § 521(i)(1) FOR FAILURE TO FILE COPIES OF PAYMENT ADVICES (PAY STUBS) REQUIRED UNDER § 521(a)(1)(B)(iv)

**DEBTOR INFORMATION:**
Robert Scott Anderson

**BANKRUPTCY NO.** 6:23–bk–12048–SY

**CHAPTER** 7

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):  xxx–xx–5054
**Employer Tax-Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 7/5/23

**Address:**
2800 E Riverside Dr Apt 339
Ontario, CA 91761-7483

The debtor has not made a request pursuant to 11 U.S.C. § 521(i)(3) within 45 days after the date of the filing of the petition that resulted in the Court's allowing the debtor an additional period to file such information; and

The trustee has not filed a motion before the expiration of the 45-day period that resulted in the Court's declining to dismiss the case upon a finding that the debtor attempted in good faith to file all the information required by 11 U.S.C. § 521(i)(1) (B)(iv) and that the best interests of creditors would be served by administration of the case;

Therefore, IT IS ORDERED that:

1) Pursuant to 11 U.S.C. § 521(i)(1), the case is dismissed effective the 46th day after the date of the filing of the petition.
2) The automatic stay is vacated.
3) Any discharge entered in this case is hereby vacated in its entirety.
4) The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: July 5, 2023

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van109b–ods521ab Rev. 06/2017

**14 / SM6**